```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

BROOKRIDGE FUNDING              :

   vs.                          :         CIVIL 3-00-cv-2484 (AHN)

D.W. WALTERS, ENT.              :


<u>                                J U D G M E N T</u>

    Notice having been sent to counsel of record on July 27, 2004 pursuant to Local Rule 41a, formerly Local Rule 16a, indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received within 20 days which would justify continuing the case on the dockets of this Court, and

    No explanations for requests for action having been received within the time specified, therefore, it is hereby

    ORDERED that the complaint on file herein, be and hereby is dismissed.

    Dated at Bridgeport, Connecticut this 14th day of October, 2004.


                                              KEVIN F. ROWE, CLERK


                                        By   <u>/s/Alice Montz</u>
                                                   Deputy Clerk

Entered on Docket _____

Case 3:00-cv-02484-AHN    Document 11    Filed 10/15/2004    Page 2 of 2